UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOHANA DIAZ,

    Plaintiff,

v.                                         CASE NO. 8:16-cv-3177-T-23MAP

SUNTRUST BANK,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 20), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on April 24, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE